PEARSON v. C. P. BUCKNER STEEL ERECTION CO.

No. 452PA97

Case below: 126 N.C.App. 745

Petition by plaintiff and intervenors for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997.

PILAND v. HARRIS SUPERMARKET

No. 507P97

Case below: 127 N.C.App. 553

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997. Motion by defendants to withdraw petition for writ of certiorari allowed 4 December 1997.

POSTELL v. S & N COMMUNICATIONS

No. 524P97

Case below: 127 N.C.App. 209

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 December 1997.

ROBBINS v. TWEETSIE RAILROAD, INC.

No. 371P97

Case below: 126 N.C.App. 572

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

ROSS v. VOIERS

No. 498P97

Case below: 127 N.C.App. 415

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997.